FILED
CLERK
4:26 pm, Sep 27, 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
CHRISTOPHER SADOWSKI,

                    Plaintiff,

      -against-

INDRAJIT SINGH SALUJA d/b/a WWW.THE
INDIANPANORAMA.NEWS,

                  Defendant.
---------------------------------------------------------X

**ADOPTION ORDER**
17-cv-2832 (ADS) (SIL)

**APPEARANCES:**

**Higbee & Associates**
*Attorneys for the Plaintiff*
1504 Brookhollow Drive, Suite 112
Santa Anna, CA 92705
      By: Rayminh Ngo, Esq.

**NO APPEARANCES:**

*The Defendant*

**SPATT, District Judge.**

      On May 9, 2017, the Plaintiff Christopher Sadowski (the "Plaintiff") commenced this action against the Defendant, Indrajit Singh Saluja, d/b/a www.theindianpanorama.news (the "Defendant") for copyright infringement.

      On November 1, 2017, the Clerk of the Court entered the default of the Defendant pursuant to Rule 55(a). On December 6, 2017, the Plaintiff moved for a default judgment against the Defendant. To date, the Defendant has not responded to the motion, or otherwise participated in this action.

On December 7, 2017, the Court referred this matter to United States Magistrate Judge Steven I. Locke for a recommendation as to whether the motion for a default judgment should be granted, and if so, what relief should be awarded.

On August 3, 2018, Judge Locke issued a Report & Recommendation ("R&R") recommending that that the motion for default judgment be denied without prejudice and with leave to refile together with additional supporting information and pleadings as described in the R&R.

More than fourteen (14) days have elapsed since service of the R&R on the Defendant, who has failed to file an objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result.

Accordingly, the R&R is adopted in its entirety, and the Plaintiff's motion for a default judgment is denied without prejudice and with leave to refile.

**SO ORDERED.**

Dated: Central Islip, New York
September 27, 2018

                                                                                            _/s/ Arthur D. Spatt_
                                                                                              ARTHUR D. SPATT
                                                                       United States District Judge